IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRUZ SANCHEZ<br>　*Plaintiff,*<br><br>VS.<br><br>HOUSING AUTHORITY OF<br>THE CITY OF SAN ANTONIO<br>　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. |

## **EXHIBIT A TO NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446 (a), the following matters are being filed by Housing Authority of The City of San Antonio, in connection with the Notice of Removal in the above-referenced action:

**Exhibit A**   Index of matters being filed;

**Exhibit B**   Copy of all executed process in the state court case;

**Exhibit C**   Copy of all pleadings from the state court case; and

**Exhibit D**   Docket Sheet from the state court case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　COKINOS | YOUNG
　　　　　　　　　　　　　　　　10999 IH 10 West, Suite 800
　　　　　　　　　　　　　　　　San Antonio, Texas 78230
　　　　　　　　　　　　　　　　Telephone (210) 293-8700
　　　　　　　　　　　　　　　　Fax (210) 293-8733

　　　　　　　　　　　By:　*/s/ Roland F. Gonzales*
　　　　　　　　　　　　　　　　Roland F. Gonzales
　　　　　　　　　　　　　　　　SBN: 24049431
　　　　　　　　　　　　　　　　rgonzales@cokinoslaw.com
　　　　　　　　　　　　　　　　Javier T. Duran
　　　　　　　　　　　　　　　　SBN: 24012568
　　　　　　　　　　　　　　　　jduran@cokinoslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5(b), Federal Rules of Civil Procedure, on this 21st day of October 2019.

***Via Email:*** *rroman@trla.org*
Ricardo A. Roman
TEXAS RIO GRANDE LEGAL AID, INC.
1111 N. Main
San Antonio, Texas 78212
Telephone: (210) 212-3722
Fax: (210) 227-4321

*ATTORNEY FOR PLAINTIFF*

***Via Email:*** *charlesriley@rileylawfirm.com*
Charles Riley
RILEY & RILEY
320 Lexington Ave.
San Antonio, Texas 78215
Telephone: (210) 225-7236
Fax: (210) 227-7907

*ATTORNEY FOR INTERVENOR*

*/s/ Roland F. Gonzales*
Roland F. Gonzales